In the Matter of the Application of SAMUEL LESSER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted January 8, 1945; decided January 16, 1945.

*Samuel Lesser,* in person, for motion.

*Frank S. Hogan, District Attorney (Alan J. Elliot* of counsel), opposed.

Motion denied on the ground that no appeal lies to the Court of Appeals from the order of the Appellate Division.